UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE:<br><br>Sheryl A. Vaccaro,<br>Debtor. | |
|---|---|
| Wells Fargo Bank, N.A.,<br><br>VS.<br><br>Sheryl A. Vaccaro | CHAPTER 13<br>CASE NO. 17-41974-CJP |

MOTION FOR RELIEF FROM STAY

To the Honorable Christopher J. Panos:

Wells Fargo Bank, N.A., your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

1. The movant has a mailing address of MAC N9286-01Y, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-7700.

2. The debtor, Sheryl A. Vaccaro, has a mailing address of 15 Old Carriage Path, Groton, MA 01450-2007.

3. On November 2, 2017, the debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The Chapter 13 plan was confirmed on July 9, 2018.

5. The movant is the holder of a first mortgage on real estate in the original amount of $495,000.00 given by Michael J. Vaccaro and Sheryl A. Vaccaro to World Savings Bank, FSB on or about September 28, 2006. Said mortgage is recorded in the Middlesex County (Southern District) Registry of Deeds at Book



48260, Page 341 and covering the premises located at <u>15 Old Carriage Path, Groton, MA 01450-2007</u>. A copy of the mortgage is annexed hereto and marked as Exhibit 'B'.

6. Said mortgage secures a note given by Michael J. Vaccaro and Sheryl A. Vaccaro to World Savings Bank, FSB in the original amount of $495,000.00. Wells Fargo Bank, NA, services the loan on the property referenced in this motion for relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Wells Fargo Bank, N.A. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. A copy of the note is annexed hereto and marked as Exhibit 'A'.

7. There is no other collateral securing the obligation.

8. Wells Fargo Bank, N.A. is the current holder of the mortgage, which has not been assigned. As of December 31, 2007, World Savings Bank, FSB changed its name to Wachovia Mortgage, FSB. Wells Fargo Bank, N.A. is survivor of the merger to a Wachovia Mortgage, FSB as of November 1, 2009.

9. There is a Declaration of Homestead recorded in the Middlesex County (Southern District) Registry of Deeds at Book 39114, Page 182.

10. As of September 13, 2018, approximately $513,678.69 in principal, interest, late fees and other charges was due with regard to Wells Fargo Bank, N.A.'s note and mortgage.

11. According to the Chapter 13 Plan, the subject property is being retained.

12. There are the following encumbrances on the property as of September 13, 2018:

| Name of Creditor | Type of Lien | Amount Owed |
|---|---|---|
| Movant | First lien | $513,678.69 |
| Dennis Fuccione, c\o Robert W. Anctil, Esq. | Judgment Lien | $146,415.38 |
| Alan H. Shocket, Trustee of MMC Defined Benefit Trust | Junior Mortgage | $50,000.00 |

| | | |
|---|---|---|
| Digital Federal Credit Union | Junior Mortgage | $95,000.00 |
| Town of Chelmsford, c/o Jonathan Silverstein, Esq. | Judgment Lien | $12,563.57 |
| Dennis Fullione and Amy Fullione | Judgment Lien | $93,000.00 |
| | Total Secured Encumbrances: | $910,657.64 |

13. The pre-petition arrearage is $83,499.20.

14. According to the debtor schedules, the fair market value of the subject property is $650,000.00. The liquidation value of the subject property is $607,536.00, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $2,964.00 and anticipated costs incurred for a real estate closing of $500.00.

15. The debtor failed to remain current with the post-petition payments to Wells Fargo Bank, N.A.

16. As of September 13, 2018 the last post-petition payment received by the movant was a payment in the amount of $3,561.07, received on or about July 23, 2018, and was applied to the May 1, 2018 post petition payment.

17. The total post-petition arrearage due as of September 13, 2018 is $14,244.28 excluding attorney's fees and costs.

18. As of September 13, 2018 the total post-petition arrearage through the anticipated hearing on this motion would also include any additional monthly mortgage payments in the amount of $3,561.07, which payments are due on the first of every month. The post-petition arrearage would also include any additional expenses, attorney's fees and costs that accrue from the date of the filing of this motion through the date of the hearing.

19. The property is not necessary for a successful reorganization.

20. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief as follows:

I.    Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor has not made timely post petition payments, and that the debtor has failed to provide the plaintiff with adequate protection;

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the stay for the purpose of: (i) exercising its rights under its agreements with the debtor and any co-debtors under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,

Wells Fargo Bank, N.A.,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO# 678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 09/28/2018

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Sheryl A. Vaccaro,<br><br>Debtor. | Case No. 17-41974-CJP<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on September 28, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Wells Fargo Bank, N.A. using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Timothy Mauser

Denise M. Pappalardo

Richard T. King


I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Michael J. Vaccaro
15 Old Carriage Path
Groton, MA 01450-2007

Sheryl A. Vaccaro
15 Old Carriage Path
Groton, MA 01450-2007

Dennis Fuccione, c\o Robert W. Anctil, Esq.
Perkins & Anctil P.C.
6 Lyberty Way, Suite 201
Westford, MA 01886

Groton Tax Collector
173 Main St.
Groton, MA 01450

Alan H. Shocket, Trustee of MMC Defined Benefit Trust
P.O. Box 2219

Natick, MA 01760

Digital Federal Credit Union
220 Donald Lynch Blvd.,
Marlborough, MA 01752

Town of Chelmsford, c/o Jonathan Silverstein, Esq.
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110

Dennis Fullione and Amy Fullione
c/o Robert W. Anctil, Esq.
6 Lyberty Way, Suite 201
Westford, MA 01886

          Respectfully submitted,

          Wells Fargo Bank, N.A.,
          By its Attorney

          /s/Joshua Ryan-Polczinski
          Joshua Ryan-Polczinski
          BBO# 678007
          Harmon Law Offices, P.C.
          PO Box 610389
          Newton Highlands, MA 02461
          (617)558-0500
          mabk@harmonlaw.com

Dated: 09/28/2018