UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE:<br><br>Sheryl A. Vaccaro,<br>Debtor. | Case No. 17-41974-CJP<br>Chapter 13 |
|---|---|

**STIPULATION REGARDING WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM STAY**
**(15 OLD CARRIAGE PATH, GROTON, MA 01450-2007)**

Now comes Wells Fargo Bank, N.A. (hereinafter "Wells") and the Sheryl A. Vaccaro ("Debtor"), who stipulate as follows:

1. The total post-petition arrearage as of October 16, 2018 is **$17,805.35**. This consists of the following post-petition payments and charges:

   Payments

   6/1/18 – 10/1/18   (5 @ $3,561.07)                         $17,805.35

                                   **Total Amount Due        $17,805.35**

2. On or before November 1, 2018, the debtor shall make a down payment of $10,683.21. This will bring the aforementioned arrearage down to **$7,122.14**.

3. On or before November 1, 2018 and by the 15th of each month thereafter, through February 1, 2019, the Debtor shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 11/1/2018 | $3,561.07 | $1,780.53 | $5,341.60 |
| 12/1/2018 | $3,561.07 | $1,780.53 | $5,341.60 |
| 1/1/2019 | $3,561.07 | $1,780.54 | $5,341.61 |
| 2/1/2019 | $3,561.07 | $1,780.54 | $5,341.61 |

*If the Debtor receives notice of a change in the regular monthly payment during the terms of the stipulation, the Debtor shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

4. Thereafter, commencing on March 1, 2019, and monthly thereafter, the Debtor shall make the regular monthly post-petition payments in the amount of $3,459.85, subject to change pursuant to the terms of the Note and Mortgage.

All payments under this stipulation should be made payable to the servicer, Wells Fargo Bank, NA, and sent to the following address:

Wells Fargo Bank, NA
PO Box 14507
Des Moines, IA 50306
.

5. **IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON WELLS FILING A CERTIFICATE OF NON-COMPLIANCE AND THE MOTION FOR RELIEF FROM STAY, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE.  THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 24 day of October, 2018.

| | |
|---|---|
| Respectfully submitted, | |
| Wells Fargo Bank, N.A.,<br>By its Attorney | Sheryl A. Vaccaro,<br>By their attorney, |
| /s/Joshua Ryan-Polczinski<br>Joshua Ryan-Polczinski<br>BBO#  678007<br>Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands, MA 02461<br>(617)558-0500<br>mabk@harmonlaw.com | /s/Timothy M. Mauser<br>Timothy M. Mauser<br>BBO #<br>10 LIberty Street<br>Suite 410<br>Danvers, MA 02108<br>Phone: (617) 338-9080<br>Fax : (617) 275-8990<br>Email: tmauser@mauserlaw.com |

Dated 10/24/2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE:<br><br>Sheryl A. Vaccaro,<br>Debtor. | Case No. 17-41974-CJP<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

      I, Joshua Ryan-Polczinski, state that on October 24, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wells Fargo Bank, N.A. using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Denise M. Pappalardo
Richard T. King
Timothy Mauser

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Michael J. Vaccaro
15 Old Carriage Path
Groton, MA 01450-2007

Sheryl A. Vaccaro
15 Old Carriage Path
Groton, MA 01450-2007

Dennis Fuccione, c\o Robert W. Anctil, Esq.
Perkins & Anctil P.C.
6 Lyberty Way, Suite 201
Westford, MA 01886

Groton Tax Collector
173 Main St.
Groton, MA 01450

Alan H. Shocket, Trustee of MMC Defined Benefit Trust
P.O. Box 2219
Natick, MA 01760

Digital Federal Credit Union
220 Donald Lynch Blvd.,
Marlborough, MA 01752

Town of Chelmsford, c/o Jonathan Silverstein, Esq.
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110

Dennis Fullione and Amy Fullione
c/o Robert W. Anctil, Esq.
6 Lyberty Way, Suite 201
Westford, MA 01886

                    Respectfully submitted,

                    Wells Fargo Bank, N.A.,
                    By its Attorney

                    /s/Joshua Ryan-Polczinski
                    Joshua Ryan-Polczinski
                    BBO#  678007
                    Harmon Law Offices, P.C.
                    PO Box 610389
                    Newton Highlands, MA 02461
                    (617)558-0500
                    mabk@harmonlaw.com

Dated: 10/24/2018