## UNTIED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re: | ) | |
|  | ) | |
| **Sheryl A. Vaccaro,** | ) | Chapter 13 |
|  | ) | Case No. 17-41974 |
| Debtor | ) | |
| _____ | ) | |

## DEBTOR'S MOTION TO ENTER RULING AND/OR SET STATUS CONFERENCE

Debtor, in the above captioned matter, hereby moves that this honorable Court schedule a status conference and/or enter a ruling on her Motion to Avoid Judicial Lien that was filed on June 23, 2020. In support of this motion, Debtor states:

1. Debtor filed a voluntary Chapter 13 Petition on November 2, 2017.

2. On or about June 1, 2020, this Court allowed the Debtor's Motion for Hardship Discharge.

3. On or about June 16, 2020, the Debtor filed a Motion to Avoid the Judicial Lien of Dennis and Amy Fullione.

4. On or about June 26, the Debtor filed an amended Motion to Avoid the Judicial Lien of Dennis and Amy Fullione. ("Amended Motion") See Docket # 129. This Amended Motion superseded the original Motion that was filed on June 16, 2020. See Docket # 130

5. The Amended Motion was served on all affected parties in the manner requested in their proofs of claim and a certificate of service was included with the Amended Motion. No party has filed a response or objection to the Amended Motion within the time allowed by the rules, or after.

6.       Nearly five months have passed, and no action has been taken on the Amended Motion.

**WHEREFORE,** Debtor prays that this Honorable Court make a ruling on the Amended Motion in accordance with the relief that was requested in that motion or set a status conference.

Respectfully Submitted by:

November 19, 2020

/s/ Dax B. Grantham_____
Dax B. Grantham, BBO 651066
Grantham Law, LLC
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel/Fax. (781) 222-0611
notices@grantham.law

**UNTIED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

_____
                                        )
In re:                                  )
                                        )
**Sheryl A. Vaccaro,**               )        Chapter 13
                                        )        Case No. 17-41974
          Debtor              )
_____)

**Certificate of Service**

I hereby certify that on November 19, 2020 true copy of the attached **DEBTOR'S MOTION TO ENTER RULING AND/OR SET STATUS CONFERENCE** was presented on the parties listed below in the manner described.

                                                      /s/Dax B. Grantham
                                                      Dax Grantham

| **Ch. 13 Bankruptcy Trustee**<br>Chapter 13 Trustee<br>Denise M. Pappalardo, Chapter 13<br>PO Box 16607<br>11 Pleasant Street, SUITE 200<br>Worcester, MA 016093221 | **Office of the U.S. Trustee**<br>Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |
|---|---|
| **US Bank Trust NA**<br>c/o SN Servicing Corp.<br>323 Fifth Street<br>Eureka, CA 95501<br>***First class mail, postage prepaid*** | **Dennis and Amy Fuccione**<br>c/o Robert Anctil Esq.<br>Perkins & Anctil, PC<br>6 Liberty Way, Suite 201<br>Westford, MA 01886<br>***First class mail, postage prepaid*** |